People of State of Illinois, Defendant in Error, v. Chester Nails, Plaintiff in Error.

Gen. No. 10,890.    (Abstract of Decision.)

Second District.

April 3, 1956.

Released for publication April 23, 1956.

Irvin J. Jacobson, for plaintiff in error; William L. Guild, State's Attorney, DuPage county, for defendant in error; William J. Bauer, of counsel. Opinion by JUSTICE EOVALDI. Not to be published in full.